Submitted November 9, reversed December 23, 2020

In the Matter of M. G.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

M. G.,
*Appellant.*

Multnomah County Circuit Court
20CC01871; A173970

478 P3d 606

Julia A. Philbrook, Judge pro tempore.

Alexander C. Cambier and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

The trial court committed appellant to the custody of the Mental Health Division for a period not to exceed 180 days based on a determination that he was unable to meet his basic needs. ORS 426.005(1)(f)(B). Appellant contends that the record does not contain clear and convincing evidence to support the court's conclusion that he is unable to provide for his basic needs. The state concedes that the record is legally insufficient in that regard and that the judgment of commitment should be reversed. We agree, accept the state's concession, and reverse the commitment order.

Reversed.